IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL COVINGTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10cv00729 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| CRAWFORD & COMPANY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff Crystal Covington brings this pro se action against defendant Crawford & Company alleging race and sex discrimination under Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000e *et seq*. Now before the Court is plaintiff's motion for leave to file an amended complaint [doc.#36] to which defendant has responded in opposition. Although proceeding pro se, plaintiff's motion was filed by an attorney in Texas who has yet to enter an appearance or file a motion to proceed pro hac vice. The Texas attorney was informed by the Clerk's Office that she needed to comply with this Court's admission rules but the Court has now been informed that the Texas attorney will be unable to represent plaintiff and asks that plaintiff be allowed a period of time in which to file a reply to defendant's response so that plaintiff will have time to obtain substitute counsel.

Having considered the matter, the Court strikes from the record plaintiff's motion for leave to file an amended complaint [doc.#36] as it was not filed by an attorney properly appearing in this Court. Because the Final Scheduling Order now in place [doc.#32] would

prohibit plaintiff from refiling her motion for leave to amend her complaint, the Court hereby extends the deadline for filing motions to amend the pleadings (including the complaint) to and including March 21, 2011.

IT IS SO ORDERED this 23rd day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE