IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL COVINGTON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00729 SWW/HDY |
| | * | |
| | * | |
| CRAWFORD & COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

The unopposed motion [doc.#43] of the parties to amend the scheduling order to extend the discovery deadline to and including June 30, 2011, is hereby granted.

IT IS SO ORDERED this 6th day of May 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE