IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL COVINGTON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10-cv-00729-SWW |
| | * | |
| | * | |
| CRAWFORD & COMPANY, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is dismissed; the relief sought is denied.

IT IS SO ORDERED this 24th day of August 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE